UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR-0110-BTM |
| ) | |
| Plaintiff, ) | ORDER GRANTING BAIL POSTED BE |
| ) | RETURNED DIRECTLY TO |
| v. ) | DEFENDANT IN CARE OF HIS |
| ) | ATTORNEY |
| BILLY TRAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon application to the Court and for good cause shown **IT IS HEREBY ORDERED** that the Defendant, Mr. Tran's bond having been exonerated by the court on September 7, 2007, that the bail posted be returned directly to Mr. Tran in care of his attorney, the Law Offices of Carl K. Osborne, located at 2141 Rosecrans Avenue, Suite 1130, El Segundo, California 90245. **The check from the Clerk of Court for the bail shall be made payable to Billy Tran, the defendant.**

**SO ORDERED**.

DATED: September 12, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge

1